UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
PAMELA JEAN MEYER,  
   Debtor.

Chapter 7  
BKY CASE NO. 08-50573 - RJK

## NOTICE OF SETTLEMENT

To:  The United States Trustee, all creditors and other parties in interest.

On **May 29, 2009,** or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

 Debtor scheduled a 50% interest in her daughter's residence, a 1978 Marshfield Mobile Home, valued at $4,750.00, claiming her interest exempt. Debtor testified at the 341 Meeting of Creditors that the home was purchased for $14,500.00, which she paid most of. The Debtor had available to her under §522(d)(5) a total of $11,200.00, of which she claimed $10,825.00 exempt, leaving $375.00 as unused (d)(5). Based on the date of filing in this case, one-half of any 2008 Federal and State income tax refunds would be property of the bankruptcy estate. In order to resolve all issues pertaining to the non-exempt portion of the 1978 Marshfield Mobile Home and one-half of the 2008 Federal and State income tax refunds, the Debtor has agreed to pay the trustee the sum of $2,000.00.

Based upon the uncertainties, and costs involved, the trustee believes that this settlement would be in the best interest of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 416 U.S. Courthouse | 300 So. 4th St. | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: May 7, 2009

              /e/ J. Richard Stermer  
              J. Richard Stermer, Trustee  
              102 Parkway Dr., P. O. Box 514  
              Montevideo, MN 56265  
              Telephone: (320) 269-6491